```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21265
  TRACEY LEIGH HILLER
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
  SSN XXX-XX-6049


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/13/07 .

     2.  The case was converted to Chapter 7 without confirmation, 02/18/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG        .00             .00             .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE   NOT FILED            .00             .00
AMCORE BANK                UNSECURED       NOT FILED            .00             .00
BANK ONE                   UNSECURED       NOT FILED            .00             .00
CENTRAL DUPAGE HOSPITAL    UNSECURED       NOT FILED            .00             .00
COMCAST                    UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00             .00
FRIENDSHIP CO              UNSECURED       NOT FILED            .00             .00
PELLETTIERI & HENNINGS P   UNSECURED       NOT FILED            .00             .00
INTERNAL MEDICINE ASSOC    UNSECURED       NOT FILED            .00             .00
KENNETH A HOLZ DDS         UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED            .00             .00
NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED            .00             .00
OB GYNE BILLING SERVICES   UNSECURED       NOT FILED            .00             .00
WALGREENS                  UNSECURED       NOT FILED            .00             .00
WOMANCARE PC               UNSECURED       NOT FILED            .00             .00
MAYFAIR STATION CONDO AS   SECURED              .00             .00             .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00             .00
PRINCIPAL PAID         .00          .00          .00          .00             .00
INTEREST PAID          .00          .00          .00          .00             .00
TOTAL PAID             .00          .00          .00          .00             .00
The Debtor's attorney, MELVIN J KAPLAN               , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 05/20/08                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE